THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDINGEXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Eric Harrison, Appellant.
 
 
 

Appeal From Aiken County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No.  2007-UP-286
 Submitted June 1, 2007  Filed June 7,
 2007

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 J. Benjamin Aplin, South Carolina Department of Probation, Parole
 & Pardon, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Eric Harrison appeals his probation revocation.  Harrison argues
 the trial court erred in revoking his probation without first apprising him of
 his constitutional rights pursuant to Boykin v. Alabama, 395 U.S. 238
 (1969).  This issue is not preserved for appeal.  State v. Adams, 354
 S.C. 361, 380, 580 S.E.2d 785, 795 (Ct. App. 2003) (Arguments not raised to or
 ruled upon by the trial court are not preserved for appellate review.).  After
 a thorough review of the record and briefs, pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels petition to be relieved.      
APPEAL  DISMISSED.
HEARN, C.J., KITTREDGE, J., and
 CURETON, A.J., concur.